Jill A. Pryor, Ga. State Bar No. 589140
pryor@bmelaw.com
Randi E. Schnell Ga. Bar No. 248592
schnell@bmelaw.com
Kamal Ghali, Ga. Bar No. 805055
ghali@bmelaw.com
BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309-3417
Telephone:   (404) 881-4100
Facsimile:    (404) 881-4111

(Admitted pro hac vice)

Charles M. Kagay, Cal. State Bar No. 73377
cmk@slksf.com
SPIEGEL LIAO & KAGAY, LLP
388 Market Street, Suite 900
San Francisco, California  94111
Telephone:  (415) 956-5959
Fax:   (415) 362-1431

Attorneys for Defendant
LexisNexis Risk Solutions Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| Quadrant Information Services, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>LexisNexis Risk Solutions Inc.<br><br>        Defendants, | CIVIL ACTION NO:<br>4:11-CV-06648-SBA<br><br>STIPULATION AND ORDER TO EXTEND TIME IN WHICH TO FILE REPLY ON MOTION TO DISMISS |

938874.1

**1**

**Stipulation to Extend Time In Which To File Reply On Motion To Dismiss**
**4:11-CV-06648-SBA**

Defendant LexisNexis Risk Solutions Inc. ("LexisNexis") and plaintiff Quadrant Information Services, LLC, through their counsel, hereby stipulate that LexisNexis may have an extension of one week, through March 26, 2012, in which to file a reply on their pending Motion to Dismiss.

IT IS SO STIPULATED.

Date: March 13, 2012          SPIEGEL LIAO & KAGAY, LLP

/s/ Charles M. Kagay
Charles M. Kagay
Counsel for Defendant LexisNexis Risk Solutions Inc.

Date: March 13, 2012          JON STANLEY HEIM, ATTORNEY AT LAW

/s/ John Stanley Heim
John Stanley Heim
Counsel for Plaintiff Quadrant Information Services, LLC

I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/Charles Kagay
Charles M. Kagay

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: March 13, 2012          _Saundra B. Armstrong_
Hon. Saundra Brown Armstrong
Judge, United States District Court