1  Jill A. Pryor, Ga. State Bar No. 589140
   pryor@bmelaw.com
2  Randi E. Schnell Ga. Bar No. 248592
   schnell@bmelaw.com
3  Kamal Ghali, Ga. Bar No. 805055
   ghali@bmelaw.com
4  BONDURANT, MIXSON & ELMORE, LLP
   3900 One Atlantic Center
5  1201 West Peachtree Street, N.W.
   Atlanta, Georgia  30309-3417
6  Telephone:   (404) 881-4100
   Facsimile:    (404) 881-4111
7
   (Admitted pro hac vice)
8
   Charles M. Kagay, Cal. State Bar No. 73377
9  cmk@slksf.com
   SPIEGEL LIAO & KAGAY, LLP
10 388 Market Street, Suite 900
   San Francisco, California  94111
11 Telephone:  (415) 956-5959
   Fax:   (415) 362-1431
12
   Attorneys for Defendant
13 LexisNexis Risk Solutions Inc.

14
                IN THE UNITED STATES DISTRICT COURT
15
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
16
                             OAKLAND

17 | Quadrant Information Services, LLC, | CIVIL ACTION NO:
                                         | 4:11-CV-06648-SBA
18 |            Plaintiff,                |
                                         | STIPULATED DISMISSAL WITH
19 | v.                                   | PREJUDICE

20 | LexisNexis Risk Solutions Inc.

21 |           Defendants,

22

**1**

**Stipulated Dismissal with Prejudice**

4:11-CV-06648-SBA

Plaintiff Quadrant Information Services, LLC, and defendant LexisNexis Risk Solutions Inc. ("LexisNexis") and through their counsel, hereby stipulate that this action shall be dismissed in its entirety, with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Date: September 14, 2012     SPIEGEL LIAO & KAGAY, LLP

                              /s/ Charles M. Kagay
                              Charles M. Kagay
                              Counsel for Defendant LexisNexis Risk Solutions Inc.

Date: September 11, 2012     JON STANLEY HEIM, ATTORNEY AT LAW

                              /s/ John Stanley Heim
                              John Stanley Heim
                              Counsel for Plaintiff Quadrant Information Services, LLC

I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                              /s/Charles Kagay
                              Charles M. Kagay

PURSUANT TO STIPULATION, IT IS ORDERED that this action is dismissed, in its entirety, with prejudice, each party to bear its own costs and attorneys' fees.

Date: 9/18/12     _Saundra B. Armstrong_
                            Hon. Saundra Brown Armstrong
                            Judge, United States District Court