Jill A. Pryor, Ga. State Bar No. 589140
pryor@bmelaw.com
Randi E. Schnell Ga. Bar No. 248592
schnell@bmelaw.com
Kamal Ghali, Ga. Bar No. 805055
ghali@bmelaw.com
BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3417
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

(Admitted pro hac vice)

Charles M. Kagay, Cal. State Bar No. 73377
cmk@slksf.com
SPIEGEL LIAO & KAGAY, LLP
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
Fax: (415) 362-1431

Attorneys for Defendant
LexisNexis Risk Solutions Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| Quadrant Information Services, LLC, | CIVIL ACTION NO: 4:11-CV-06648-SBA |
|---|---|
| Plaintiff, | |
| v. | STIPULATED DISMISSAL WITH PREJUDICE |
| LexisNexis Risk Solutions Inc. | |
| Defendants, | |

1

**Stipulated Dismissal with Prejudice**

4:11-CV-06648-SBA

Plaintiff Quadrant Information Services, LLC, and defendant LexisNexis Risk Solutions Inc. ("LexisNexis") and through their counsel, hereby stipulate that this action shall be dismissed in its entirety, with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Date: September 14, 2012         SPIEGEL LIAO & KAGAY, LLP

            /s/ Charles M. Kagay
            Charles M. Kagay
            Counsel for Defendant LexisNexis Risk Solutions Inc.

Date: September 11, 2012         JON STANLEY HEIM, ATTORNEY AT LAW

            /s/ John Stanley Heim
            John Stanley Heim
            Counsel for Plaintiff Quadrant Information Services, LLC

I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

            /s/Charles Kagay
            Charles M. Kagay

PURSUANT TO STIPULATION, IT IS ORDERED that this action is dismissed, in its entirety, with prejudice, each party to bear its own costs and attorneys' fees.

Date: 9/18/12         _____
          Hon. Saundra Brown Armstrong
          Judge, United States District Court

2

**Stipulated Dismissal with Prejudice**

4:11-CV-06648-SBA